EXHIBIT

M

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower Information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A. ☑ Conventional ☐ Other: ☐ FHA ☐ FmHA | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount $ 271,200 | Interest Rate 9.500% | No. of Months 360/360 | Amortization Type: | ☑ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |
|---|---|---|---|---|---|

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 4112 W POTOMAC, Chicago, IL 60651 County: Cook | 2 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| SEE TITLE | 1910 |

| Purpose of Loan | ☑ Purchase ☐ Construction ☐ Other (explain): ☐ Refinance ☐ Construction-Permanent | Property will be: ☐ Primary Residence ☐ Secondary Residence ☑ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | | | | Cost $ |

| Title will be held in what Name(s) ZBIGNIEW RYMARZ | Manner in which Title will be held Single man | Estate will be held in ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

Checking/Savings

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|

| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
|---|---|
| ZBIGNIEW RYMARZ | |

| Social Security Number 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 | Home Phone (incl. area code) 773-383-0279 | Age 41 | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☐ Own ☑ Rent 5 No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|
| 6352 W MELROSE ST Chicago, IL 60634 | |

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|

| Name and Address of Employer ☐ Self Employed | Yrs. on this job 5 | Name and Address of Employer ☐ Self Employed | Yrs. on this job |
|---|---|---|---|
| LD INC. 4616 MAPLE AVENUE BROOKFIELD, IL 60513 | Yrs. employed in this line of work/profession 5 | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business MANAGER | Business Phone (incl. area code) 708-485-4562 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name and Address of Employer ☐ Self Employed | Dates(from-to) | Name and Address of Employer ☐ Self Employed | Dates(from-to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name and Address of Employer ☐ Self Employed | Dates(from-to) | Name and Address of Employer ☐ Self Employed | Dates(from-to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

Freddie Mac Form 65   10/92
CALYX Form 1003 Loanapp1.hp 2/95

Page 1 of 4

Borrower _____

Co-Borrower _____

Fannie Mae Form 1003

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ 600.00 | |
| Overtime | | | | First Mortgage (P&I) | | 2,280.40 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 90.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 150.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ | $ | $ | Total | $ 600.00 | $ 2,520.40 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☑ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | LIABILITIES | $ Payt./Mos. | |
| | | Name and address of Company | | |
| **List checking and savings accounts below** | | WESTBANK | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| MID AMERICA BANK | | | | |
| | | | 224 | 4,932 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. 601953196 | $ 100,000 | WESTBANK | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | 214 | 2,165 |
| | | Acct. no. | $ Payt./Mos. | $ |
| | | Name and address of Company | | |
| Acct. no. | $ | HOUSEHOLD FINANCE | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | 15 /(R) | 300 |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | CAPITAL ONE | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | | 15 /(R) | 23 |
| | | Acct. no. | $ Payt./Mos. | $ |
| | | Name and address of Company | | |
| Acct. no. | $ | PROVIDIAN | | |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | | 15 /(R) | 45 |
| | | Acct. no. | $ Payt./Mos. | $ |
| | | Name and address of Company | | |
| Life insurance net cash value | $ | FREEDOM MORTGAGE OPENED 12/01 | | |
| Face amount: $ | | 419 N DRAKE | | |
| Subtotal Liquid Assets | $ 100,000 | CHICAGO,IL | | |
| Real estate owned (enter market value from schedule of real estate owned) | 297,000 | | (1,997) | 237,6 |
| | | Acct. no. | $ Payt./Mos. | $ |
| Vested interest in retirement fund | $ | Name and address of Company | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 483 | |
| Total Assets a. | $ 397,000 | $ 151,309 | Total Liabilities b. | $ 245,6 |
| | | Net Worth (a) | | |

| Freddie Mac Form 65    10/92 | Page 2 of 4    Borrower | Fannie Mae Form 1003 |
|---|---|---|
| CALYX Form 1003 Loanapp2.hp 2/95 | Co-Borrower | |

## VI. ASSETS AND LIABILITIES (cont)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 419 N DRAKE CHICAGO, IL | RENTAL 2-4PLX | $ 297,000 | $ 237,600 | $ 2,600 | $ 1,997 | $ 267 | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ 297,000 | $ 237,600 | $ 2,600 | $ 1,997 | $ 267 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 339,000.00 |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | 2,515.67 |
| f. Estimated closing costs | | 6,881.00 |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 348,396.67 |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits(explain)  ERNEST MONEY | | 33,900.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 271,200.00 |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | 271,200.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | 43,296.67 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | | ☑ | | |
| b. Have you been declared bankrupt within the past 7 years? | | ☑ | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | ☑ | | |
| d. Are you a party to a lawsuit? | | ☑ | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | ☑ | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation bond, or loan guarantee? If "Yes", give details as described in the preceding question. | | ☑ | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☑ | | |
| h. Is any part of the down payment borrowed? | | ☑ | | |
| i. Are you a co-maker or endorser on a note? | | ☑ | | |
| j. Are you a U. S. citizen? | ☑ | | | |
| k. Are you a permanent resident alien? | | ☑ | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes", complete question m below. | | ☑ | | |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | | | |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | IP | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _Rymni_ | 1/05/02 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**
☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native
☐ Black,not of Hispanic origin
☐ Hispanic
☐ Asian or Pacific Islander
☐ White,not of Hispanic origin
☐ Other (specify)

Sex: ☐ Female  ☑ Male

**CO-BORROWER**
☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native
☐ Black,not of Hispanic origin
☐ Hispanic
☐ Asian or Pacific Islander
☐ White,not of Hispanic origin
☐ Other (specify)

Sex: ☐ Female  ☐ Male

**To be Completed by Interviewer**

This application was taken by:
☐ face-to-face interview
☐ by mail
☑ by telephone

| Interviewer's Name (print or type)  ERIC VEHOVC | Name and Address Interviewer's Employer  BURNHAM MORTGAGE, INC. 100 N LASALLE SUITE 1712 CHICAGO, IL 60602 (P) 312-422-0618 (F) 312-422-0720 |
|---|---|
| Interviewer's Signature  _Eric A. Vehovc_  Date 1/5/02 | |
| Interviewer's Phone Number (incl. area code)  312-422-0618 | |

HUD-1 (3/86) RESPA, HR 4305.2

| | EXHIBIT |
|---|---|
| | **N** |

## A. SETTLEMENT STATEMENT

# EXETER TITLE
# C O M P A N Y

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| B. TYPE OF LOAN | | | |
|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FMHA | 3. ☐ CONV. UNINS. | |
| 4. ☐ VA | 5. X CONV. INS. | ☐ OTHER | |
| 6. File Number | | 7. Loan Number | |
| 01110017 | | 02724064 | |
| 8. Mortgage Ins. Case No. | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
NOTE: Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME AND ADDRESS OF BORROWER: Zbigniew Rymarz

2901 N. 72nd Ct.
Chicago, IL 60707

E. NAME, ADDRESS AND TIN OF SELLER: Barbara Odrzyworska

4112 West Pototmac Avenue
Chicago, IL 60651

F. NAME AND ADDRESS OF LENDER: Freedom Mortgage Corporation
1000 Atrium Way, Ste. 300
Mt. Laurel, NJ 08054

G. PROPERTY LOCATION: 4112 West Pototmac Avenue
Chicago, IL 60651

H. SETTLEMENT AGENT: Exeter Title Company (36-4070586) (312)641-1244

PLACE OF SETTLEMENT: 221 North LaSalle Street, Chicago, IL 60601
221 North LaSalle Street, Chicago, IL 60601

I. SETTLEMENT DATE: 2/15/02

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 339,000.00 | 401. Contract sales price | 339,000.0 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 10,483.77 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 349,483.77 | **420. GROSS AMOUNT DUE TO SELLER** | 339,000. |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 33,900.00 | 501. Excess deposit (see instructions) | 33,900. |
| 202. Principal amount of new loan     Freedom Mortga | 271,200.00 | 502. Settlement charges to seller (line 1400) | 12,203. |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. Cashier's Check to Seller Verified at Closing | 36,500.00 | 504. Payoff first mortgage          CitiMortgage, In | 178,918. |
| 205. | | 505. Payoff second mortgage | |
| 206. | | 506. Payout as Directed          AM Constructio | 54,997. |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes   07/01/01   to   02/15/02 | 1,523.91 | 511. County taxes   07/01/01   to   02/15/02 | 1,523 |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. Monthly Rental Pr   02/15/02   to   02/28/02 | 1,275.00 | 513. Monthly Rental Pr   02/15/02   to   02/28/02 | 1,275 |
| 214. Security Deposit Transfer | 5,100.00 | 514. Security Deposit Transfer | 5,100 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 349,498.91 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 287,918 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 349,483.77 | 601. Gross amount due to seller (line 420) | 339,000. |
| 302. Less amounts paid by/for borrower (line 220) | 349,498.91 | 602. Less reductions in amount due seller (line 520) | 287,918 |
| 303.   CASH ( FROM) (X TO) BORROWER | 15.14 | 603.   CASH ( FROM) (X TO) SELLER | 51,08 |

Tax Year 2002

Substitute Form 1099S Seller Statement

You are required by law to provide Exeter Title Company with your correct taxpayer identification number. If you do not provide Exeter Title Company with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. [Seller's name(s), address and tax identification number(s) is shown in item E above and should be checked for accura. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

The information contained in Blocks E,G,H,I, and line 401 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

HUD-1 (3/86) RESPA, HB 4305.2

## L.                    SETTLEMENT CHARGES

| 700. TOTAL SALES/BROKER'S COMMISSION | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| BASED ON PRICE $ 339,000.00 @ %= | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. | . to | | | |
| 702. | . to | | | |
| 703. Commission paid at Settlement | | | . | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee % | Burnham Mortgage | | 4,068.00 | . |
| 802. Loan Discount % | | | | . |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | . | |
| 805. Lender's Inspection Fee to | | | | |
| 806. Mortgage Insurance Application Fee to | | | | |
| 807. Assumption Fee to | | | | |
| 808. Flood Certification Fee | First American | | 14.00 | . |
| 809. Tax Service Fee | Freedom Mortgage Corporation | | 101.00 | |
| 810. Courie Fee | FEDEX | | 55.00 | . |
| 811. | | | | |
| 812. Processing Fee | Burnham Mortgage | | 350.00 | |
| 813. Underwriting Fee | Freedom Mortgage Corporation | | 250.00 | |
| 814. Sub Total (line 818) | | | 3.95 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest from 02/15/02 to 03/01/02 @ 71.57 /day ( 14 -days) | | | 1,001.98 | |
| 902. Mortgage Insurance Premium for | | | | |
| 903. Hazard Insurance Premium for 1 year to ANPAC | | | 669.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance 3 months @ $ 55.75 per month | | | 167.25 | |
| 1002. Mortgage Insurance months @ $ per month | | | | |
| 1003. City property taxes months @ $ per month | | | | |
| 1004. County property taxes 3 months @ $ 180.70 per month | | | 542.10 | |
| 1005. Annual assessments months @ $ per month | | | | |
| 1006. | | | | |
| 1007. Aggregate Analysis Adjustment | | | (0.01) | |
| 1008. | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee to | Exeter Title Company | | 225.00 | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | Exeter Title Company | | | 250 |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | Freedom Mortgage Corporation | | 74.00 | |
| 1106. Notary fee to | | | | |
| 1107. Attorney's fee to | Jeffrey Hlava | | | 40 |
| (includes above items numbers: 1106 ) | | | | |
| 1108. Title insurance to | Exeter Title Company | | 225.00 | 76 |
| (includes above items numbers: ) | | | | |
| 1109. Lender's coverage $ 271,200.00 $ 225.00 | | | . | |
| 1110. Owner's coverage $ 339,000.00 $ 761.25 | | | | |
| 1111. Date Down | | | 35.00 | |
| 1112. EPA Endorsement-Mtg | | | 35.00 | |
| 1113. Location Endorsement | | | 60.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording: Deed $ 23.50 Mortgage $ 41.50 Release $ 27.50 | | | 65.00 | 2 |
| 1202. City/county tax/stamps: Deed $ Mortgage $ 2,542.50 | | | 2,542.50 | |
| 1203. State tax/stamps: Deed $ 339.00 Mortgage $ 169.50 | | | | 50 |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. First Installment of 2001 Taxes | Cook County Collector | | | 1,0 |
| 1302. Year 2000 Tax bill | Cook County Collector | | | 2,6 |
| 1303. Duplicate Tax Bill Fee | Cook County Collector | | | |
| 1304. Water Full Payment Service | Exeter Title Company | | | 5,0 |
| 1305. Zoning certification service | Jeffrey Hlava | | | 1,5 |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | | 10,483.77 | 12,2 |

I have carefully reviewed the HUD-1 Settlement Statement and, to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Zbigniew Kumarz                                                   Barbara Odrzywtska

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Exeter Title Company
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment.
For details see: Title 18 U.S. Code Sections 1001 and Section 1010.

HUD-1 (3/86) RESPA, HR 4305.2

File No. 01110017

Loan No. 02724064

| ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
|---|---|---|---|
| 815. MERS Registration Fee | Freedom Mortgage Corporation | 3.95 | |
| 816. Yield Spread Premuim | Burnham Mortgage | (2,712.00L) | |
| 817. | | | |
| 818. TOTAL (entered on line 814 Section L) | | 3.95 | |

GEDOM MORTGAGE CORPORATION

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☒ the income or assets of a person other than the "Borrower" (including Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☒ Conventional ☐ FmHA | ☐ Other: | Agency Case Number | Lender Case Number 02724096 |

| Amount $ 224000 | Interest Rate 9.5 % | No. of Months 360 | Amortization Type: | ☒ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & zip code) 7953 S ESCANABA, CHICAGO, COOK IL 60656 | | No. of Units 3 |

| Legal Description of Subject Property (attach description if necessary) See Preliminary Title Report | Year Built 1925 |

| Purpose of Loan | ☒ Purchase ☐ Construction ☐ Refinance ☐ Construction-Permanent ☐ Other (explain): | Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment |

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of lot $ | (b) Cost of Improvements $ | Total (a + b) $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
| | | | | Cost: $ |

| Title will be held in what Name(s) WALDEMAR FLORKIEWICZ | Manner in which Title will be held SOLELY | Estate will be held in: ☒ Fee Simple |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) | ☐ Leasehold (show expiration date) |

## III. BORROWER INFORMATION

| | Borrower | | Co-Borrower |

| Borrower's Name (include Jr. or Sr. if applicable) WALDEMAR FLORKIEWICZ | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number 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 | Home Phone (incl. area code) 773-774-1436 | Age 30 | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |

| ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 2 ages | ☒ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. ages |

| Present Address (street, city, state, zip code) ☐ Own ☒ Rent No. Yrs: 2 | Present Address (street, city, state, zip code) ☐ Own ☐ Rent No. Yrs: |

6648 W FOSTER AVENUE
CHICAGO, IL 60656

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, zip code) ☐ Own ☐ Rent No. Yrs: | Former Address (street, city, state, zip code) ☐ Own ☐ Rent No. Yrs: |

| Former Address (street, city, state, zip code) ☐ Own ☐ Rent No. Yrs: | Former Address (street, city, state, zip code) ☐ Own ☐ Rent No. Yrs: |

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower |

| Name & Address of Employer ☐ Self Employed | Years on this job: | Years employed in this line of work/profession | Name & Address of Employer ☐ Self Employed | Years on this job: | Years employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer ☐ Self Employed | Dates (from - to): | | Name & Address of Employer ☐ Self Employed | Dates (from - to): | |
| | Monthly Income $ | | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed | Dates (from - to): | | Name & Address of Employ ☐ Self Employ | | |
| | Monthly Income $ | | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

173919 4001504101 Application 00072230

Freddie Mac 65/Rev. 10/92
Printed by The Loan Handler from Contour Software, Inc. (408) 370-1700

Page 1 of 3     INITIALS: _____

Fannie Mae Form 1003/Rev. 10/92

EXHIBIT
O
tabbies

FREEDOM MORTGAGE CORPORATION

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income * | $ | | $ | Rent | $ 600.00 | |
| Overtime | | | | First Mortgage (P & I) | | $ 1883.51 |
| Bonuses | | | | Other Financing (P & I) | | |
| Commissions | | | | Hazard Insurance | | 60.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 179.75 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | $ | Total | $ 600.00 | $ 2123.26 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) doesn't choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [X] Not Jointly

| ASSETS Description | Cash or Market Value | | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| List checking and savings accounts below | | | Name and address of Company | $ Payt./Mos. | $ |
| Name and address of Bank, S & L, or Credit Union | | | DAIMLER CHRYSLER | 289 / 42 | 12050 |
| | | | Acct. no. 1002620292 | | |
| Acct. no. | $ | | Name and address of Company | $ Payt./Mos. | $ |
| Name and address of Bank, S & L, or Credit Union | | | | | |
| | | | Acct. no. | | |
| Acct. no. | $ | | Name and address of Company | $ Payt./Mos. | $ |
| Name and address of Bank, S & L, or Credit Union | | | | | |
| | | | Acct. no. | | |
| Acct. no. | $ | | Name and address of Company | $ Payt./Mos. | $ |
| Name and address of Bank, S & L, or Credit Union | | | | | |
| | | | Acct. no. | | |
| Acct. no. | $ | | Name and address of Company | $ Payt./Mos. | $ |
| Stocks & Bonds (Company name/number & description) | $ 0 | | | | |
| | | | Acct. no. | | |
| Life insurance net cash value Face amount: $ | $ | | Name and address of Company | $ Payt./Mos. | $ |
| Subtotal Liquid Assets | $ | | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | | Acct. no. | | |
| Vested interest in retirement fund | $ | | Name and address of Company | $ Payt./Mos. | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | | | |
| Automobiles owned (make and year) | $ | | Acct. no. | | |
| | | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | | Total Monthly Payments | 289 | |
| Total Assets a. | $ | | Net Worth (a minus b) $ −12050 | Total Liabilities b. | 12050 |

Freddie Mac 65/Rev. 10/92
Printed by The Loan Handler from Contour Software, Inc. (408) 370-1700

Page 2 of 3     INITIALS: W.F _____

Fannie Mae Form 1003/Rev. 10/92

WALDEMAR     FLORKIEWICZ

**_REEDOM MORTGAGE CORPORATIO..**

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

**List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):**

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 280000.00 |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | 2031.94 |
| f. Estimated closing costs | | 7962.95 |
| g. PMI, MIP, Funding Fee paid in cash | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 289994.89 |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits (explain) | | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 224000.00 |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | 224000.00 |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | | 65994.89 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| m. Have you had an ownership interest in a property in the last three years? | | X | | |
| (1) What type of property did you own -- principal residence (PR), second home (SH), or investment property (IP)? | | | | |
| (2) How did you hold title to the home -- solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

**Right to Receive Copy of Appraisal.** I/We have the right to a copy of the appraisal report used in connection with this application for credit. To obtain a copy, I/We must send Lender a written request at the mailing address Lender has provided. Lender must hear from me/us no later than 90 days after Lender notifies me/us about the action taken on this application, or I/we withdraw this application.

**Certification.** I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors or assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| x _Waldemar Florier_ | 02/06/02 | x | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**

☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native
☐ Asian or Pacific Islander
☒ White, not of Hispanic origin
☐ Black, not of Hispanic origin
☐ Hispanic
☐ Other (specify)

Sex: ☐ Female  ☒ Male

**CO-BORROWER**

☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native
☐ Asian or Pacific Islander
☐ White, not of Hispanic origin
☐ Black, not of Hispanic origin
☐ Hispanic
☐ Other (specify)

Sex: ☐ Female  ☐ Male

**To be Completed by Interviewer**

This application was taken by:
☐ face-to-face interview
☐ by mail
☒ by telephone

Interviewer's Name (print or type): **MARK BURGARD**
Interviewer's Signature _____ Date ___
Interviewer's Phone Number (incl. area code): **856-231-9800**

Name and Address of Interviewer's Employer

**FREEDOM MORTGAGE CORPORATION**
**1000 ATRIUM WAY, SUITE 300**
**MOUNT LAUREL, NJ 08054**

Freddie Mac 65/Rev. 10/92
FRM00017 (02/97)
Page 3 of 3
Fannie Mae Form 1003 10/92

Hosted by The Loan Handler from Contour Software, Inc. (408) 370-1700   www.contoursoft.com

WALDEMAR FLORKIEWICZ

**Continuation Sheet/Residential Loan Application**

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower. | Borrower:<br>**WALDEMAR FLORKIEWICZ** | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number:<br>**02724096** |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X _Waldemar Florkiewicz_ | Date<br>04/04/02 | Co-Borrower's Signature:<br>X | Date |
|---|---|---|---|
| Freddie Mac 65/Rev. 10/92<br>(Amended) | Addendum to 1003<br>Printed by The Loan Handler from Contour Software, Inc. (408) 370-1700 | | Fannie Mae Form 1003/Rev. 10/92<br>(Amended) |

SETTLEMENT STATEMENT

# EXETER TITLE COMPANY

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| | | | |
|---|---|---|---|
| 1. | FHA | 2. | IA | 3. | CONV. UNINS. |
| 4. | VA | 5. X | CONV. INS. | 6. | OTHER |
| 6. File Number | 7. Loan Number |
| 01080103 | 2724096 |
| 8. Mortgage Ins. Case No. | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
NOTE: Items marked "(P.O.C)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

NAME AND ADDRESS OF BORROWER: Waldemar Florkiewicz
6648 W. Foster Ave.
Chicago, IL 60656

NAME, ADDRESS AND TIN OF SELLER: Leszek Dobrowski
Adam Butar
7953 South Escanaba Ave.
Chicago, IL 60617

NAME AND ADDRESS OF LENDER: Freedom Mortgage Corporation
1000 Atrium Way, Ste. 360
Mt. Laurel, NJ 08054

PROPERTY LOCATION: 7953 South Escanaba Ave.
Chicago, IL 60617

SETTLEMENT AGENT: Exeter Title Company (36-4070586)   (312)641-1244
221 North LaSalle Street, Chicago, IL 60601

PLACE OF SETTLEMENT: 221 North LaSalle Street, Chicago, IL 60601
SETTLEMENT DATE: 3/4/02

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 280,000.00 | 401. Contract sales price | 280,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 8,414.28 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town tax          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 288,414.28 | 420. GROSS AMOUNT DUE TO SELLER | 280,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 28,000.00 | 501. Excess deposit (see instructions) | 28,000.00 |
| 202. Principal amount of new loan   Freedom Mortga | 224,000.00 | 502. Settlement charges to seller (line 1400) | 5,796.70 |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. | | 504. Payoff first mortgage | |
| 205. | | 505. Payoff second mortgage | |
| 206. | | 506. As Directed by LD     Law Office of Je | 51,081.66 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. Closing Cost Credit | 7,000.00 | 513. Closing Cost Credit | 7,000.00 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 259,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 95,878.36 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 288,414.28 | 601. Gross amount due to seller (line 420) | 280,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 259,000.00 | 602. Less reductions in amount due seller (line 520) | 95,878.36 |
| 303. CASH (X FROM ( TO) BORROWER | 29,414.28 | 603. CASH ( FROM (X TO) SELLER | 184,121.64 |

Dear Sirs:
I am required by law to provide Exeter Title Company with my correct taxpayer identification number. If you do not provide Exeter Title Company with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Seller's consent, address and tax identification number is shown in box H above and should be checked for accuracy. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Substitute Form 1099 Seller Statement

EXHIBIT

tabbies'

P

05/19/03   MON 10:31 FAX 1 856 793 0237        Law Offices                    ☑0.

RJD-1(V/W) RESPA / DA 43083                Page 2 of 3
                                    SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION** based on price $ 280,000.00 @ % = | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee % | Burnham Mortgage | | 3,360.00 | |
| 802. Loan Discount % | | | | |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | | |
| 805. Lender's Inspection Fee to | | | | |
| 806. Mortgage Insurance Application Fee to | | | | |
| 807. Assumption Fee to | | | | |
| 808. Flood Cert. | First American | | 14.00 | |
| 809. Tax Service Fee | Freedom Mortgage Corporation | | 101.00 | |
| 810. Courier Fee | FedEx | | 55.00 | |
| 811. Processing Fee | Burnham Mortgage | | 360.00 | |
| 812. Underwriting Fee | Freedom Mortgage Corporation | | 250.00 | |
| 813. | | | | |
| 814. Sub Total (line 818) | | | 3.95 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest from 03/04/02 to 03/01/02 @ 59.11 /day ( -3 days) | | | (177.33) | |
| 902. Mortgage Insurance Premium for | | | | |
| 903. Hazard Insurance Premium for 1 year to ANPAC | | | 1,069.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance 2 months @ $ 89.08 per month | | | 178.16 | |
| 1002. Mortgage Insurance months @ $ per month | | | | |
| 1003. City property taxes months @ $ per month | | | | |
| 1004. County property taxes 2 months @ $ 179.75 per month | | | 359.50 | |
| 1005. Annual assessments months @ $ per month | | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. | | | | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee to | Exeter Title Company | | 225.00 | |
| 1102. Abstract or title search to | | | | 500.00 |
| 1103. Title examination to | Exeter Title Company | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | Freedom Mortgage Corporation | | 74.00 | |
| 1106. Notary fee to | | | | |
| 1107. Attorney's fee to | | | | 400.00 |
| (includes above items numbers) 1106 | | | | |
| 1108. Title insurance to | Exeter Title Company | | 225.00 | 687.50 |
| (includes above items numbers: | | | | |
| 1109. Lender's coverage $ 224,000.00 $ 225.00 | | | | |
| 1110. Owner's coverage $ 280,000.00 $ 687.50 | | | | |
| 1111. Date Down to | Exeter Title Company | | 35.00 | |
| 1112. EPA/Location Endorsements | Exeter Title Company | | 95.00 | |
| 1113. Courier Fee | Exeter Title Company | | 20.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Deed $ 29.50 Mortgage $ 47.50 Release $ 55.00 | | | 77.00 | 55.00 |
| 1202. City/county tax/stamps Deed $ Mortgage $ 2,100.00 | | | 2,100.00 | |
| 1203. State tax/stamps Deed $ 280.00 Mortgage $ 140.00 | | | | 420.00 |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. 1st installment 2001 taxes | Cook County Collector | | 1,094.70 | |
| 1302. Duplicate Tax Bill | Cook County Collector | | 25.00 | |
| 1303. 2nd installment 2000 taxes | Cook County Collector | | | -1,464.50 |
| 1304. Title Indemnity for Water Cert. | Exeter Title Company | | | 5,000.00 |
| 1305. TI setup fee | Exeter Title Company | | | 150.00 |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | | 8,414.28 | 5,796.70 |

I have carefully reviewed the HUD-1 Settlement Statement and, to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

_Waldemar Piotr Niewica_                        _Leszek Dolecowski_

                                                _Adam Butar_

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Exeter Title Company
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment.

| D-1 (7/98) RESPA, HR OES-1 | | Page 3 of 3 | | Form 4 OMB 2502-0265 |
|---|---|---|---|---|
| e No. 01060103 | | Loan No. 2724096 | | |
| 5. Yield Spread Premium | Burnham Mortgage | (2,240.00B) | | |
| 5. MERS Registration | Freedom Mortgage Corporation | | 3.95 | |
| 7. | | | | |
| F. TOTAL (entered on line 814 Section L) | | | 3.95 | |

EXHIBIT

Q

## FREEDOM MORTGAGE CORPORATION
# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [X] the income or assets of a person other than the "Borrower" (including Borrower's spouse) will be used as a basis for loan qualification or the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | [ ] VA  [X] Conventional  [ ] Other: | | Agency Case Number | Lender Case Number 02724046 |
|---|---|---|---|---|
| | [ ] FHA  [ ] FmHA | | | |

| Amount 108000 | Interest Rate 9.5 | No. of Months 360 | Amortization Type: | [X] Fixed Rate  [ ] Other (explain): |
|---|---|---|---|---|
| | | | | [ ] GPM  [ ] ARM (type): |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & zip code) 536 W 61ST PLACE, CHICAGO, COOK IL 60621 | | No. of Units 1 |
|---|---|---|
| Legal Description of Subject Property (attach description if necessary) See Preliminary Title Report | | Year Built 1925 |

| Purpose of Loan | [X] Purchase  [ ] Construction  [ ] Other (explain): | Property will be: | [ ] Primary Residence  [ ] Secondary Residence  [X] Investment |
|---|---|---|---|
| | [ ] Refinance  [ ] Construction-Permanent | | |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | [ ] made  [ ] to be made |
|---|---|---|---|---|---|
| | $ | $ | | Cost: $ | |

| Title will be held in what Name(s) WALDEMAR FLORKIEWICZ | Manner in which Title will be held SINGLE MAN | Estate will be held in: [X] Fee Simple |
|---|---|---|
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) | | [ ] Leasehold (show expiration date) |

### III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | WALDEMAR FLORKIEWICZ | |
| Social Security Number | 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 | |
| Home Phone (incl. area code) | 773-774-1436 | |
| Age | 30 | |
| Yrs. School | 12 | |
| | [ ] Married  [X] Unmarried (include single, divorced, widowed)  [ ] Separated | [ ] Married  [ ] Unmarried (include single, divorced, widowed)  [ ] Separated |
| Dependents (not listed by Co-Borrower) | no. ages | no. ages |
| Present Address (street, city, state, zip code) | [ ] Own  [X] Rent  No. Yrs. 2 | [ ] Own  [ ] Rent  No. Yrs. |
| | 6648 W FOSTER AVENUE CHICAGO, IL 60656 | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, zip code) | [ ] Own  [ ] Rent  No. Yrs. | Former Address (street, city, state, zip code) | [ ] Own  [ ] Rent  No. Yrs. |
|---|---|---|---|
| | | | |

| Former Address (street, city, state, zip code) | [ ] Own  [ ] Rent  No. Yrs. | Former Address (street, city, state, zip code) | [ ] Own  [ ] Rent  No. Yrs. |
|---|---|---|---|
| | | | |

### IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer | [ ] Self Employed  Yrs. on this job | Years employed in this line of work/profession | Name & Address of Employer | [ ] Self Employed  Yrs. on this job | Years employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | [ ] Self Employed  Dates (from - to) | Monthly Income | Name & Address of Employer | [ ] Self Employed  Dates (from - to) | Monthly Income |
|---|---|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/ | | |
| Name & Address of Employer | [ ] Self Employed  Dates (from - to) | Monthly Income | Name & Address of Empl. | | Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

173919  4001504408  Application 2010

| Freddie Mac 65/Rev. 10/92 | Page 1 of 3 | INITIALS: _WF_ | Fannie Mae Form 1003/Rev. 10/92 |
|---|---|---|---|
| Printed by The Loan Handler from Contour Software, Inc. (408) 370-1700 | | | |

## FREEDOM MORTGAGE CORPORATION

### V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income * | $ | | $ | Rent | 600.00 | |
| Overtime | | | | First Mortgage (P & I) | | 908.12 |
| Bonuses | | | | Other Financing (P & I) | | |
| Commissions | | | | Hazard Insurance | | 44.33 |
| Dividends/Interest | | | | Real Estate Taxes | | 60.54 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | $ | Total | 600.00 | $ 1028.66 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) doesn't choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

### VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [X] Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use the continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|---|
| Description | | | | | |
| Cash deposit toward purchase held by: | $ | LIABILITIES | $ Payt./Mos. | | |
| | | Name and address of Company | | | |
| List checking and savings accounts below | | DAIMLERCHRYS | | 281 / 43 | 12222 |
| Name and address of Bank, S & L, or Credit Union | | | | | |
| | | | | | |
| Acct. no. | | Acct. no. 1002620292 | | | |
| Name and address of Bank, S & L, or Credit Union | | Name and address of Company | $ Payt./Mos. | | $ |
| Acct. no. | $ | | | | |
| Name and address of Bank, S & L, or Credit Union | | Acct. no. | | | |
| | | Name and address of Company | $ Payt./Mos. | | $ |
| Acct. no. | $ | | | | |
| Name and address of Bank, S & L, or Credit Union | | Acct. no. | | | |
| | | Name and address of Company | $ Payt./Mos. | | $ |
| Acct. no. | $ | | | | |
| Name and address of Bank, S & L, or Credit Union | | Acct. no. | | | |
| | | Name and address of Company | $ Payt./Mos. | | $ |
| Acct. no. | $ | | | | |
| Stocks & Bonds (Company name/number & description) | $ 0 | Acct. no. | | | |
| | | Name and address of Company | $ Payt./Mos. | | $ |
| Life insurance net cash value Face amount: $ | $ | | | | |
| Subtotal Liquid Assets | $ | Acct. no. | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Name and address of Company | $ Payt./Mos. | | $ |
| Vested interest in retirement fund | $ | | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | | |
| Automobiles owned (make and year) | $ | | | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | | |
| | | Job Related Expense (child care, union dues, etc.) | $ | | |
| | | Total Monthly Payments | $ 281 | | |
| Total Assets a. | $ | Net Worth (a minus b) ► $ -12222 | Total Liabilities b. | $ | 12222 |

Freddie Mac 65/Rev. 10/92
Printed by The Loan Handler from Contour Software, Inc. (409) 370-1700

Page 2 of 3

INITIALS: [signature]

Fannie Mae Form 1003/Rev. 10/92

WALDEMAR    FLORKIEWICZ

# FREEDOM MORTGAGE CORPORATION

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

---

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | |
|---|---|---|---|---|---|---|
| a. Purchase price | $ 135000.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Borrower | | Co-Borrower |
| b. Alterations, improvements, repairs | | | | Yes | No | Yes No |
| c. Land (if acquired separately) | | a. Are there any outstanding judgments against you? | | | X | |
| d. Refinance (incl. debts to be paid off) | | b. Have you been declared bankrupt within the past 7 years? | | | X | |
| e. Estimated prepaid items | 1274.07 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | | X | |
| f. Estimated closing costs | 6116.00 | d. Are you a party to a lawsuit? | | | X | |
| g. PMI, MIP, Funding Fee paid in cash | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | X | |
| h. Discount (if Borrower will pay) | | | | | | |
| i. Total costs (add items a through h) | 142390.07 | | | | | |
| j. Subordinate financing | | | | | | |
| k. Borrower's closing costs paid by Seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | | X | |
| l. Other Credits (explain) | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | | X | |
| | | h. Is any part of the down payment borrowed? | | | X | |
| | | i. Are you a co-maker or endorser on a note? | | | X | |
| | | j. Are you a U.S. citizen? | | X | | |
| | | k. Are you a permanent resident alien? | | | X | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 108000.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | X | | |
| n. PMI, MIP, Funding Fee financed | | m. Have you had an ownership interest in a property in the last three years? | | | X | |
| o. Loan amount (add m & n) | 108000.00 | (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | | IP | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 34390.07 | (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | S | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

**Right to Receive Copy of Appraisal.** I/We have the right to a copy of the appraisal report used in connection with this application for credit. To obtain a copy, I/We must send Lender a written request at the mailing address Lender has provided. Lender must hear from me/us no later than 90 days after Lender notifies me/us about the action taken on this application, or I/we withdraw this application.

**Certification:** I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors or assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| x *Waldemar Flohein* | 12/02/04 | x | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| ☐ I do not wish to furnish this information | | ☐ I do not wish to furnish this information | |
| Race/National Origin: | ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☒ White, not of Hispanic origin ☐ Black, not of Hispanic origin ☐ Hispanic ☐ Other (specify) | Race/National Origin: | ☐ American Indian or Alaskan Native ☐ Asian or Pacific Islander ☐ White, not of Hispanic origin ☐ Black, not of Hispanic origin ☐ Hispanic ☐ Other (specify) |
| Sex: | ☐ Female ☒ Male | Sex: | ☐ Female ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) WAYNE HANSEN | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: ☐ face-to-face interview ☐ by mail ☒ by telephone | Interviewer's Signature | Date | FREEDOM MORTGAGE CORPORATION 1000 ATRIUM WAY, SUITE 300 MOUNT LAUREL, NJ 08054 |
| | Interviewer's Phone Number (incl. area code) 856-231-9800 | |

Freddie Mac 65/Rev. 10/92
FRM00017 (02/03)
Page 3 of 3
Fannie Mae Form 1003 10/92

WALDEMAR FLORKIEWICZ   Edited by The Loan Handler from Contour Software, Inc. (800) 370-1700   www.contoursoft.com

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:<br>WALDEMAR FLORKIEWICZ | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number:<br>02724046 |

I/We  fully understand  that it is a  Federal crime punishable by fine or imprisonment,  or both,  to knowingly make any false statements concerning any of the above facts as applicable  under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| x Waldemar Florkiewicz | 12/04/04 | x | |

Freddie Mac 65/Rev. 10/92<br>(Amended)

Addendum is 1003<br>Printed by The Loan Handler from Contour Software, Inc. (408) 330-1700

Fannie Mae Form 1003/Rev. 10/92<br>(Amended)

HUD-1 (3/86) RESPA, HB 4305.2

| | | EXHIBIT |
|---|---|---|
| | | R |

**A. SETTLEMENT STATEMENT**

# EXETER TITLE
## C O M P A N Y

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| B. TYPE OF LOAN | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ FMHA | 3. ☐ CONV. UNINS. |
| 4. ☐ VA | 5. ☒ CONV. INS. | ☐ OTHER |
| 6. File Number 01040038 | 7. Loan Number | |
| 8. Mortgage Ins. Case No. | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
**NOTE:** Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER:** Waldemar Florkiewicz
6648 W. Foster
Chicago, IL 60656

**E. NAME, ADDRESS AND TIN OF SELLER:** Bogdan Pawlak
536 West 61st Place
Chicago, IL 60621

**F. NAME AND ADDRESS OF LENDER:** Freedom Mortgage Corporation
1000 Atrium Way, Ste. 300
Mt. Laurel, NJ 08054

**G. PROPERTY LOCATION:** 536 West 61st Place
Chicago, IL 60621

**H. SETTLEMENT AGENT:** Exeter Title Company (36-4070586)  (312)641-1244
**PLACE OF SETTLEMENT:** 221 North LaSalle Street, Chicago, IL 60601
221 North LaSalle Street, Chicago, IL 60601
**I. SETTLEMENT DATE:** 2/12/02

173919  4001504408  Settlement 72317

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 135,000.00 | 401. Contract sales price | 135,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 6,250.54 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 141,250.54 | **420. GROSS AMOUNT DUE TO SELLER** | 135,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan  Freedom Mortga | 108,000.00 | 502. Settlement charges to seller (line 1400) | 1,710.23 |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. | | 504. Payoff first mortgage | |
| 205. | | 505. Payoff second mortgage | |
| 206. | | 506. As Directed  Law Office of Je | 35,000.00 |
| 207. | | 507. As Directed  N.M. Constructi | 13,000.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes  07/01/01 to 02/12/02 | 455.54 | 511. County taxes  07/01/01 to 02/12/02 | 455.54 |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 108,455.54 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 50,165.77 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 141,250.54 | 601. Gross amount due to seller (line 420) | 135,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 108,455.54 | 602. Less reductions in amount due seller (line 520) | 50,165.77 |
| 303.    CASH (X FROM) ( TO) BORROWER | 32,795.00 | 603.    CASH ( FROM) (X TO) SELLER | 84,834.23 |

Tax Year 2002

Substitute Form 1099-S Seller Statement

You are required by law to provide Exeter Title Company with your correct taxpayer identification number. If you do not provide Exeter Title Company with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. [Seller's name(s), address and tax identification number(s) is shown in item E above and should be checked for accuracy.] Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

The information contained in Blocks E,G,H,I, and line 401 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

HUD-1 (3/86) RESPA, HB 4305.2
SETTLEMENT CHARGES
OMB Approval No. 2502-0265

| L. | SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION** | BASED ON PRICE $ 135,000.00 @ %= | | | |
| | Division of Commission (line 700) as follows: | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. | Commission paid at Settlement | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | **(P.O.C)** | | |
| 801. | Loan Origination Fee % | Burnham Mortgage | 2,160.00 | |
| 802. | Loan Discount % | | | |
| 803. | Appraisal Fee to | | | |
| 804. | Credit Report to | | | |
| 805. | Lender's Inspection Fee to | | | |
| 806. | Mortgage Insurance Application Fee to | | | |
| 807. | Assumption Fee to | | | |
| 808. | Processing Fees | Burnham Mortgage | 350.00 | |
| 809. | Flood Certification Fee | First American | 14.00 | |
| 810. | Tax Service Fee | Freedom Mortgage Corporation | 101.00 | |
| 811. | Courier Fee | FedEx | 55.00 | |
| 812. | Underwriting Fee | Freedom Mortgage Corporation | 250.00 | |
| 813. | MERS Fee | Freedom Mortgage Corporation | 3.95 | |
| 814. | Yield Spread Premium | Burnham Mortgage (1,080.00L) | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. | Interest from 02/12/02 to 02/28/02 @ 28.50 /day ( 17 -days) | | 484.50 | |
| 902. | Mortgage Insurance Premium for | | | |
| 903. | Hazard Insurance Premium for 1 year to American National | | 532.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. | Hazard Insurance 3 months @ $ 44.33 per month | | 132.99 | |
| 1002. | Mortgage Insurance months @ $ per month | | | |
| 1003. | City property taxes months @ $ per month | | | |
| 1004. | County property taxes 3 months @ $ 60.54 per month | | 181.62 | |
| 1005. | Annual assessments months @ $ per month | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. | Aggregate Analysis Adjustment | | (0.02) | |
| **1100. TITLE CHARGES** | | | | |
| 1101. | Settlement or closing fee to | Exeter Title Company | 225.00 | |
| 1102. | Abstract or title search to | | | |
| 1103. | Title examination to | Exeter Title Company | 250.00 | 250.00 |
| 1104. | Title insurance binder to | | | |
| 1105. | Document preparation to | Freedom Mortgage Corporation | 74.00 | |
| 1106. | Notary fee to | | | |
| 1107. | Attorney's fee to | Jeffrey Hlava | | 350.00 |
| | (includes above items numbers: 1106 ) | | | |
| 1108. | Title insurance to | Exeter Title Company | 225.00 | 512.00 |
| | (includes above items numbers: ) | | | |
| 1109. | Lender's coverage $ 108,000.00 $ 225.00 | | | |
| 1110. | Owner's coverage $ .135,000.00 $ 512.00 | | | |
| 1111. | Date Down | Exeter Title Company | 35.00 | |
| 1112. | EPA/Location Note End. | Exeter Title Company | 95.00 | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. | Recording: Deed $ 29.50 Mortgage $ 39.50 Release $ 27.50 | | 69.00 | 27.50 |
| 1202. | City/county tax/stamps: Deed $ Mortgage $ 1,012.50 | | 1,012.50 | |
| 1203. | State tax/stamps: Deed $ 135.00 Mortgage $ 67.50 | | 135.00 | 202.50 |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. | 2001 First Installment of Taxes | Cook County Collector | | 363.23 |
| 1302. | Duplicate Tax Bill Fee | Exeter Title Company | | 5.00 |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | | 6,250.54 | 1,710.23 |

I have carefully reviewed the HUD-1 Settlement Statement and, to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

_Waldemar Florkiewicz_
Waldemar Florkiewicz

_Bogdan Pawlak_
Bogdan Pawlak

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_Exeter Title Company_

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment.
For details see: Title 18 U.S. Code Sections 1001 and Section 1010.

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

EXHIBIT

S

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A.  ☑ Conventional  ☐ Other: | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| | ☐ FHA  ☐ FmHA | | | |

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 243,000 | 9.500 % | 360/360 | ☑ Fixed Rate  ☐ Other (explain): ☐ GPM  ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 708 N SPAULDING, Chicago, IL 60624  County: COOK | 2 |
| Legal Description of Subject Property (attach description if necessary) | Year Built |
| SEE TITLE | 1900 |

| Purpose of Loan | ☑ Purchase  ☐ Construction ☐ Refinance  ☐ Construction-Permanent  ☐ Other (explain): | Property will be: ☐ Primary Residence  ☐ Secondary Residence  ☑ Investment |

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements  ☐ made  ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost $ |

| Title will be held in what Name(s)  ANATOLI LOUCHAK | Manner in which Title will be held  Single man | Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)  **ANATOLI LOUCHAK** | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | Age | Yrs. School | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 773-456-5698 | 49 | 12 | | | | |

| ☐ Married  ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no.  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☐ Own ☑ Rent  2  No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|
| 10113 HARTFORD COURT #2C  Schiller Park, IL 60176 | |

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|

| Name and Address of Employer ☐ Self Employed | Yrs. on this job | Name and Address of Employer ☐ Self Employed | Yrs. on this job |
|---|---|---|---|
| | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name and Address of Employer ☐ Self Employed | Dates(from-to) | Name and Address of Employer ☐ Self Employed | Dates(from-to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name and Address of Employer ☐ Self Employed | Dates(from-to) | Name and Address of Employer ☐ Self Employed | Dates(from-to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | $ 650.00 | |
| Overtime | | | | First Mortgage (P&I) | | 2,043.28 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 80.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 120.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 220.81 |
| | | | | Other | | |
| Total | $ | $ | $ | Total | $ 650.00 | $ 2,243.28 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [✓] Jointly [ ] Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Description | | **LIABILITIES** | | |
| Cash deposit toward purchase held by: | $ | Name and address of Company | $ Payt./Mos. | $ |
| | | SELFRL UK CU | | |
| **List checking and savings accounts below** | | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | 62 /(R) | 2,040 |
| Acct. no. | $ | Name and address of Company | $ Payt./Mos. | |
| Name and address of Bank, S&L, or Credit Union | | SELFRL UK CU | | |
| | | Acct. no. | 50 /(R) | 1,249 |
| Acct. no. | $ | Name and address of Company | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payt./Mos. | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| Acct. no. | $ | Name and address of Company | $ Payt./Mos. | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | $ | Acct. no. | | |
| Life insurance net cash value | $ | Name and address of Company | $ Payt./Mos. | $ |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no. | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payt./Mos. | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |

## VI. ASSETS AND LIABILITIES (cont.)

### Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 270,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 2,761.88 |
| f. Estimated closing costs | 7,173.00 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 279,934.88 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits(explain)  ERNEST MONEY | 27,000.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 243,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 243,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 9,934.88 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes No | Co-Borrower Yes No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☑ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☑ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☑ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☑ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☑ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☑ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☑ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☑ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ ☑ | ☐ ☐ |
| j. Are you a U. S. citizen? | ☑ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☑ | ☐ ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ ☐ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ ☐ | ☐ ☐ |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | IP | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X  Anatoli Louchak | 10/21/01 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosure satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**
☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander
☐ Black,not of Hispanic origin  ☐ Hispanic  ☐ White,not of Hispanic origin
☐ Other (specify)

Sex: ☐ Female  ☑ Male

**CO-BORROWER**
☑ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander
☐ Black,not of Hispanic origin  ☐ Hispanic  ☐ White,not of Hispanic origin
☐ Other (specify)

Sex: ☐ Female  ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) ERIC YEHOYC | Name and Address Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature  Eric C. Vilma | BURNHAM MORTGAGE INC. 100 N LASALLE #1712 CHICAGO , IL 60602 |
| ☐ face-to-face interview | Date 10/21/01 | (P) 312-422-0618 |
| ☐ by mail | Interviewer's Phone Number (incl. area code) | (F) 312-422-0720 |
| ☑ by telephone | 312-422-0618 | |

EXHIBIT

T

| A. SETTLEMENT STATEMENT | B. TYPE OF LOAN | | |
|---|---|---|---|

**EXETER TITLE COMPANY**

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| B. TYPE OF LOAN | | | |
|---|---|---|---|
| 1. ___ FHA | 2. ___ FMHA | 3. ___ CONV. UNINS. | |
| 4. ___ VA | 5. _X_ CONV. INS. | ___ OTHER | |
| 6. File Number 01100101 | 7. Loan Number 01712490 | | |
| 8. Mortgage Ins. Case No. | | | |

HUD-1 (3/86) RESPA HB 4305.2

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
NOTE: Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | Anatoli Louchak |
|---|---|
| | 10113 Harford Court, #2C Schiller Park, IL 60176 |

| E. NAME, ADDRESS AND TIN OF SELLER: | Krystian Zebrowski |
|---|---|
| | 708 North Spaulding Ave. Chicago, IL 60624 |

| F. NAME AND ADDRESS OF LENDER: | Freedom Mortgage Corporation 1000 Atrium Way, Ste. 300 Mt. Laurel, NJ 08054 |
|---|---|

| G. PROPERTY LOCATION: | 708 North Spaulding Ave. Chicago, IL 60624 |
|---|---|

| H. SETTLEMENT AGENT: | Exeter Title Company (36-4070586) (312)641-1244 |
|---|---|
| PLACE OF SETTLEMENT: | 221 North LaSalle Street, Chicago, IL 60601 |
| I. SETTLEMENT DATE 11/27/01 | 221 North LaSalle Street, Chicago, IL 60601 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 270,000.00 | 401. Contract sales price | 270,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 9,183.14 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 279,183.14 | **420. GROSS AMOUNT DUE TO SELLER** | 270,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 27,000.00 | 501. Excess deposit (see instructions) | 27,000.00 |
| 202. Principal amount of new loan   Freedom Mortg. | 243,000.00 | 502. Settlement charges to seller (line 1400) | 2,636.62 |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. | | 504. Payoff first mortgage | |
| 205. | | 505. Payoff second mortgage | |
| 206. | | 506. Water Full Payment Service   Exeter Title Co | 268.55 |
| 207. | | 507. Payoff   A&M Construct | 70,154.83 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 270,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 100,060.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 279,183.14 | 601. Gross amount due to seller (line 420) | 270,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 270,000.00 | 602. Less reductions in amount due seller (line 520) | 100,060.00 |
| 303.   CASH (X FROM) ( TO) BORROWER | 9,183.14 | 603.   CASH ( FROM) (X TO) SELLER | 169,940.00 |

Tax Year 2001

You are required by law to provide Exeter Title Company with your correct taxpayer identification number. If you do not provide Exeter Title Company with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. [Seller's name(s), address and tax identification number(s) is shown in item E above and should be checked for accuracy.]
Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Substitute Form 1099 Seller Statement

The information contained in Blocks E,G,H,I, and line 401 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| **700. TOTAL SALES/BROKER'S COMMISSION** | | | | |
| BASED ON PRICE $ 270,000.00 @ %= | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | (P.O.C.) | | |
| 801. Loan Origination Fee 1.00 % | Burnham Mortgage | | 2,430.00 | |
| 802. Loan Discount % | | | | |
| 803. Appraisal Fee to | | | | |
| 804. Credit Report to | | | | |
| 805. Lender's Inspection Fee to | | | | |
| 806. Mortgage Insurance Application Fee to | | | | |
| 807. Assumption Fee to | | | | |
| 808. Flood Cert. | CPS | | 14.00 | |
| 809. Tax Service Fee | Freedom Mortgage Corporation | | 101.00 | |
| 810. Courier Fee | UPS | | 55.00 | |
| 811. | | | | |
| 812. Processing Fee | Burnham Mortgage | | 350.00 | |
| 813. Underwriting Fee | Freedom Mortgage Corporation | | 250.00 | |
| 814. Sub Total (line 819) | | | 253.50 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest from 11/27/01 to 12/01/01 @ 64.13 /day ( 4 days) | | | 256.52 | |
| 902. Mortgage Insurance Premium for 1 months to GE. | | | 226.80 | |
| 903. Hazard Insurance Premium for 1 year to AA&A Insurance Age | | | 1,490.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. Hazard Insurance 3 months @ $ 124.17 | per month | | 372.51 | |
| 1002. Mortgage Insurance months @ $ 226.80 | per month | | | |
| 1003. City property taxes months @ $ | per month | | | |
| 1004. County property taxes 5 months @ $ 131.78 | per month | | 658.90 | |
| 1005. Annual assessments months @ $ | per month | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. Aggregate Adjustment | | | (43.09) | |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee to | Exeter Title Company | | 225.00 | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | Exeter Title Company | | | 250.00 |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | Freedom Mortgage Corporation | | 74.00 | |
| 1106. Notary fee to | | | | |
| 1107. Attorney's fee to | Jeffrey Hlava | | | 400.00 |
| (includes above items numbers: | ) | | | |
| 1108. Title insurance to | Exeter Title Company | | 225.00 | 675.00 |
| (includes above items numbers: | ) | | | |
| 1109. Lender's coverage $ 243,000.00 $ 225.00 | | | | |
| 1110. Owner's coverage $ 270,000.00 $ 675.00 | | | | |
| 1111. Date Down | | | 35.00 | |
| 1112. EPA/Location Endorsments | Exeter Title Company | | 95.00 | |
| 1113. Courier Fee | Exeter Title Company | | 20.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording: Deed $ 29.50 Mortgage $ 39.50 Release $ | | | 69.00 | |
| 1202. City/county tax/stamps: Deed $ Mortgage $ 2,025.00 | | | 2,025.00 | |
| 1203. State tax/stamps: Deed $ 270.00 Mortgage $ 35.00 | | | | 405.00 |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. 2nd installment 2000 taxes | Cook County Collector | | | 906.62 |
| 1302. | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | | 9,183.14 | 2,636.62 |

I have carefully reviewed the HUD-1 Settlement Statement and, to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Anatoli Louchak

Krystian Zebrowski ASPOA

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Exeter Title Company

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Sections 1001 and Section 1010.

| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
|---|---|---|---|
| 815. Yield Spread Premium | Burnham Mortgage | (2,430.00L) | |
| 816. MERS Registration | Freedom Mortgage Corporation | 3.50 | |
| 817. Redraw Fee | Freedom Mortgage Corporation | 250.00 | |
| 818. | | | |
| 819. TOTAL (entered on line 814 Section L) | | 253.50 | |

EXHIBIT

U

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, or the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A. ☑ Conventional ☐ Other: ☐ FHA ☐ FmHA | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 243,000 | Interest Rate 9.500 % | No. of Months 360/360 | Amortization Type: ☑ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, ZIP)   No. of Units
735 N CHRISTIANA, Chicago, IL 60624  County: Cook   2

Legal Description of Subject Property (attach description if necessary)   Year Built
SEE TITLE   1900

| Purpose of Loan ☑ Purchase ☐ Construction ☐ Refinance ☐ Construction-Permanent ☐ Other (explain): | Property will be: ☐ Primary Residence ☐ Secondary Residence ☑ Investment |
|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made   Cost $ |
|---|---|---|---|---|

Title will be held in what Name(s)  ANATOLI LOUCHAK

Manner in which Title will be held
Single man

Estate will be held in:
☑ Fee Simple
☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | ANATOLI LOUCHAK | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | Age | Yrs. School | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 773-456-5698 | 49 | 12 | | | | |

| ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no.  ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☐ Own ☑ Rent  2  No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|
| 10113 HARTFORD COURT #2C   Schiller Park, IL 60176 | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name and Address of Employer | ☐ Self Employed | Yrs. on this job | Name and Address of Employer ☐ Self Employed | Yrs. on this job |
| | | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name and Address of Employer | ☐ Self Employed | Dates (from-to) | Name and Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|
| | | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ | $ | $ | Rent | 650.00 | $ |
| Overtime | | | | First Mortgage (P&I) | | 2,043.28 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 80.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 120.00 |
| Net Rental Income | | | | Mortgage Insurance | | 226.80 |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ | $ | $ | Total | $ 650.00 | $ 2,243.28 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income** Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers. If their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [✓] Jointly [ ] Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description Cash deposit toward purchase held by: | $ | **LIABILITIES** | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
| | | Name and address of Company | $ Payt./Mos. | $ |
| List checking and savings accounts below | | SELFRL UK CU | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | 62 /(R) | 2,040 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | SELFRL UK CU | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | 50 /(R) | 1,249 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| Subtotal Liquid Assets | $ | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no. | | |
| Vested interest in retirement fund | $ -- | Name and address of Company | $ Payt./Mos. | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 112 | |
| **Total Assets a.** | $ | Net Worth (a-b) | $ (3,289) | **Total Liabilities b.** | $ 3,289 |

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | | | | |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | | $ | | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 270,000.00 |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | 2,761.88 |
| f. Estimated closing costs | | 7,173.00 |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 279,934.88 |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits(explain)  ERNEST MONEY | | 27,000.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 243,000.00 |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | 243,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | 9,934.88 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes No | Co-Borrower Yes No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☑ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☑ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☑ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☑ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☑ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☑ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☑ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☑ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ ☑ | ☐ ☐ |
| j. Are you a U. S. citizen? | ☑ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☑ | ☐ ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☐ ☑ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☐ ☑ | ☐ ☐ |
| (1) What type of property did you own–principal residence (PR), second home (SH), or investment property (IP)? | IP | |
| (2) How did you hold title to the home–solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Anatoli Louchak* | 10/15/01 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosure satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| ☐ I do not wish to furnish this information | | ☐ I do not wish to furnish this information | |
| Race/National Origin: | ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Black,not of Hispanic origin  ☐ Hispanic  ☑ White,not of Hispanic origin  ☐ Other (specify) | Race/National Origin: | ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Black,not of Hispanic origin  ☐ Hispanic  ☐ White,not of Hispanic origin  ☐ Other (specify) |
| Sex: | ☐ Female  ☑ Male | Sex: | ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by | ERIC YEHOVG | BURNHAM MORTGAGE INC |

**EXHIBIT**

V

HUD-1 (3/86) RESPA, HB 4305.2         Page 1 of 3         Form Approved OMB 2502-0265

**A. SETTLEMENT STATEMENT**

# EXETER TITLE
## C O M P A N Y

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

| B. TYPE OF LOAN | | |
|---|---|---|
| 1. __ FHA | 2. ____ FMHA | 3. ____ CONV. UNINS. |
| 4. __ VA | 5. _X_ CONV. INS. | ____ OTHER |
| 6. File Number | | 7. Loan Number |
| 01100103 | | 01712489 |
| 8. Mortgage Ins. Case No. | | |

C.   NOTE:   This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
      NOTE:   Items marked "(P.O.C)" were paid outside the closing they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D.   NAME AND ADDRESS OF BORROWER: | Anatoli Louchak<br><br>10113 Hartford Court, #2C<br>Schiller Park, IL 60176 |
| E.   NAME, ADDRESS AND TIN OF SELLER: | Piotr Uloszownekic<br><br>735 North Christiana Ave.<br>Chicago, IL 60624 |
| F.   NAME AND ADDRESS OF LENDER: | Freedom Mortgage Corporation<br>1000 Atrium Way, Ste. 300<br>Mt. Laurel, NJ 08054 |
| G.   PROPERTY LOCATION: | 735 North Christiana Ave.<br>Chicago, IL 60624 |
| H.   SETTLEMENT AGENT: | Exeter Title Company (36-4070586)    (312)641-1244<br>221 North LaSalle Street, Chicago, IL 60601 |
|     PLACE OF SETTLEMENT: | 221 North LaSalle Street, Chicago, IL 60601 |
| I.   SETTLEMENT DATE:     11/27/01 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 270,000.00 | 401. Contract sales price | 270,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 9,149.89 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes   to | | 406. City/town taxes   to | |
| 107. County taxes   to | | 407. County taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 279,149.89 | **420. GROSS AMOUNT DUE TO SELLER** | 270,000.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 27,000.00 | 501. Excess deposit (see instructions) | 27,000.00 |
| 202. Principal amount of new loan   Freedom Mortg | 243,000.00 | 502. Settlement charges to seller (line 1400) | 2,702.55 |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. | | 504. Payoff first mortgage | |
| 205. | | 505. Payoff second mortgage | |
| 206. | | 506. Water Full Payment Service   Exeter Title Co | 260.00 |
| 207. | | 507. Payoff   Tadeusz Gilewic | 149,956.00 |
| 208. | | 508. Payoff   A&M Construct | 60,036.45 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County taxes   to | | 511. County taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 270,000.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 239,955.00 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 279,149.89 | 601. Gross amount due to seller (line 420) | 270,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 270,000.00 | 602. Less reductions in amount due seller (line 520) | 239,955.00 |
| 303.   CASH (X FROM) ( TO) BORROWER | 9,149.89 | 603.   CASH ( FROM) (X TO) SELLER | 30,045.00 |

Tax Year 2001                       Substitute Form 1099S Seller Statement

You are required by law to provide Exeter Title Company with your correct taxpayer identification number. If you do not provide Exeter Title Company with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. (Seller's name(s), address and tax identification number(s) is shown in item E above and should be checked (or for accuracy).

Under penalty of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

This information contained in Blocks E,G,H,I, and line 401 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

| | BASED ON PRICE $ 270,000.00 @ % | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| | Division of Commission (line 700) as follows: | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. | Commission paid at Settlement | | | |
| 704. | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. | Loan Origination Fee 1.00 % | Burnham Mortgage | 2,430.00 | |
| 802. | Loan Discount % | | | |
| 803. | Appraisal Fee to | | | |
| 804. | Credit Report to | | | |
| 805. | Lender's Inspection Fee to | | | |
| 806. | Mortgage Insurance Application Fee to | | | |
| 807. | Assumption Fee to | | | |
| 808. | Flood Cert. Fee | CPS | 14.00 | |
| 809. | Tax Service Fee | Freedom Mortgage Corporation | 101.00 | |
| 810. | Courier Fee | FedEx | 55.00 | |
| 811. | | | | |
| 812. | Processing Fee | Burnham Mortgage | 350.00 | |
| 813. | Underwriting Fee | Freedom Mortgage Corporation | 250.00 | |
| 814. | Sub Total (line 819) | | 253.50 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. | Interest from 11/27/01 to 12/01/01 @ 64.13 /day ( 4 days) | | 256.52 | |
| 902. | Mortgage Insurance Premium for 1 months to GE. | | 226.80 | |
| 903. | Hazard Insurance Premium for | AA&A Insurance Age | 1,490.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | |
| 1001. | Hazard Insurance 4 months @ $ 124.17 per month | | 496.68 | |
| 1002. | Mortgage Insurance months @ $ 226.80 per month | | | |
| 1003. | City property taxes months @ $ per month | | | |
| 1004. | County property taxes 4 months @ $ 126.57 per month | | 506.28 | |
| 1005. | Annual assessments months @ $ per month | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. | Aggregate Adjustment | | (47.89) | |
| **1100. TITLE CHARGES** | | | | |
| 1101. | Settlement or closing fee to | Exeter Title Company | 225.00 | |
| 1102. | Abstract or title search to | | | |
| 1103. | Title examination to | Exeter Title Company | | 250.00 |
| 1104. | Title insurance binder to | | | |
| 1105. | Document preparation to | Freedom Mortgage Corporation | 74.00 | |
| 1106. | Notary fee to | | | |
| 1107. | Attorney's fee to | Jeffrey Hlava | | 400.00 |
| | (includes above items numbers: ) | | | |
| 1108. | Title insurance to | Exeter Title Company | 225.00 | 675.00 |
| | (includes above items numbers: ) | | | |
| 1109. | Lender's coverage $ 243,000.00 $ 225.00 | | | |
| 1110. | Owner's coverage $ 270,000.00 $ 675.00 | | | |
| 1111. | Date Down | Exeter Title Company | 35.00 | |
| 1112. | EPA/Location Endorsements | Exeter Title Company | 95.00 | |
| 1113. | Courier Fee | Exeter Title Company | 20.00 | 20.00 |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. | Recording: Deed $ 29.50 Mortgage $ 39.50 Release $ 55.00 | | 69.00 | 55.00 |
| 1202. | City/county tax/stamps: Deed $ Mortgage $ 2,025.00 | | 2,025.00 | |
| 1203. | State tax/stamps: Deed $ 270.00 Mortgage $ 135.00 | | | 405.00 |
| 1204. | | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. | 2nd installment 2000 taxes | Cook County Collector | | 897.55 |
| 1302. | | | | |
| 1303. | | | | |
| 1304. | | | | |
| 1305. | | | | |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | | | 9,149.89 | 2,702.55 |

I have carefully reviewed the HUD-1 Settlement Statement and, to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

Anatoli Louchak

Piotr Ulozownekie

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Exeter Title Company
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment.
For details see: Title 18 U.S. Code Sections 1001 and Section 1010.

HUD-1 D/E0 RESPA, HA 4,  .
File No. 01100103

Page 3 of 3

Loan No. 01712489

Form Approved OMB 2502-0265

| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
|---|---|---|---|
| 815. Yield Spread Premium | Burnham Mortgage | (2,430.00L) | |
| 816. MERS Registration | Freedom Mortgage Corporation | 3.50 | |
| 817. Redraw Fee | Freedom Mortgage Corporation | 250.00 | |
| 818. | | | |
| 819. TOTAL (entered on line 814 Section L) | | 253.50 | |